**AND NOW,** this 27th day of May, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.**

■

**William M. COOK, Respondent**

v.

**Stephen W. NIZIO, Petitioner.**

**No. 41 MM 2009.**

Supreme Court of Pennsylvania.

May 27, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of May, 2009, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Reynard GREGORY, Petitioner.**

Supreme Court of Pennsylvania.

May 27, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of May, 2009, the Petition for Allowance of Appeal is hereby **DENIED.**

Justice GREENSPAN did not participate in consideration or decision of this matter.